CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENRIQUE MIGUEL COTTON ORDONEZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-09639 TSH<br><br>**STIPULATION TO STAY PROCEEDINGS;<br>[PROPOSED] ORDER** |

The parties conferred and respectfully request the Court to stay proceedings in this case for a limited time, until July 8, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

Plaintiff filed a complaint in which he seeks review of the agency decision on his Form I-485, Application to Register Permanent Residence or Adjust Status, and Form I-602, Application by Refugee for Waiver of Inadmissibility Grounds. Dkt. No. 1.  United States Citizenship and Immigration Services ("USCIS") *sua sponte* reopened Plaintiff's Form I-485 application.  On February 2, 2026, USCIS issued a Request for Evidence ("RFE") on Plaintiff's Form I-485 application, and Plaintiff's response to the RFE is due by April 27, 2026.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

Stipulation to Stay
C 3:25-cv-09639 TSH                                   1

July 8, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: February 11, 2026                                        Respectfully submitted,[1]

                                                                CRAIG H. MISSAKIAN
                                                                United States Attorney


                                                                /s/ Molly A. Friend
                                                                MOLLY A. FRIEND
                                                                Assistant United States Attorney
                                                                Attorneys for Defendants


Dated: February 11, 2026

                                                                /s/ Marla I. Samora
                                                                MARLA I. SAMORA
                                                                Attorney for Plaintiff


                                          **[PROPOSED] ORDER**

    Pursuant to stipulation, IT IS SO ORDERED.


Date: February 11, 2026

                                                                THOMAS S. HIXSON
                                                                United States Magistrate Judge


---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
C 3:25-cv-09639 TSH                               2