CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENRIQUE MIGUEL COTTON ORDONEZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al*.,<br><br>Defendants. | Case No. 3:25-cv-09639 TSH<br><br>**JOINT STATUS REPORT AND STIPULATION TO LIFT STAY OF PROCEEDINGS;** ~~**[PROPOSED]**~~ **ORDER** |

The parties submit this joint status report regarding Plaintiff's' Form I-485, Application to Register Permanent Residence or Adjust Status.  On February 11, 2026, the Court granted the parties' request to stay the proceeding. Dkt. No. 13. On April 8, 2026, USCIS adjudicated Plaintiff's Form I-485. The parties now dispute whether Plaintiff is entitled to fees under the Equal Access to Justice Act (EAJA). Therefore, the parties conferred and request the stay in this case be lifted and the case be placed on the Court's active docket.  The parties propose the following briefing schedule for Plaintiff's motion for EAJA fees:

1.    Plaintiff will file his motion for EAJA fees by August 7, 2026.

2.    Defendants will file their response to Plaintiff's motion by September 8, 2026.

3.    Plaintiff will file his reply by September 22, 2026.

Stipulation
C 3:25-cv-09639 TSH                              1

4.  The parties will notice a hearing on the motion for EAJA fees on October 8, 2026, at 10:00 a.m.

Dated: July 8, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney


 /s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: July 8, 2026

/s/ Marla I. Samora
MARLA I. SAMORA
Attorney for Plaintiff

[PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 9, 2026

THOMAS S. HIXSON
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
C 3:25-cv-09639 TSH                              2