Marla Isela Samora
California Bar No. 304977
Law Offices of Marla Samora
1939 Harrison St Ste 420
Oakland, CA 94612
Telephone: (628) 336-2660
Email: Marla@samoralaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

ENRIQUE MIGUEL COTTON ORDONEZ,
Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; U.S. DEPARTMENT OF HOMELAND SECURITY; THE UNITED STATES OF AMERICA; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services; and CRAIG H. MISSAKIAN, in his official capacity as United States Attorney for the Northern District of California (appointed pursuant to 28 U.S.C. § 546),

Defendants.

**Case No. 3:25-cv-9639**

**STIPULATION OF VOLUNTARY DISMISSAL AND ORDER** [Fed. R. Civ. P. 41(a)(1)(A)(ii)]

## STIPULATION

Plaintiff Enrique Miguel Cotton Ordonez and Defendants, by and through their undersigned counsel, hereby stipulate as follows pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. This action challenges, under the Administrative Procedure Act, 5 U.S.C. §§ 701 et seq., the denial by U.S. Citizenship and Immigration Services (USCIS) of Plaintiff's Form I-485, Application to Register Permanent Residence or Adjust Status, and Form I-602, Application

by Refugee for Waiver of Inadmissibility Grounds, and related decisions. ECF No. 4 (Amended Complaint).

2. On February 2, 2026, after this action was filed, USCIS reopened Plaintiff's Form I-485 and Form I-602 on its own motion, and on April 9, 2026, USCIS approved both applications, adjusting Plaintiff's status to that of a lawful permanent resident under INA § 209(b), 8 U.S.C. § 1159(b).

3. Plaintiff has therefore obtained the relief sought in the Amended Complaint, and no live controversy remains.

4. The parties stipulate that this action is dismissed in its entirety. The dismissal is with prejudice as to the claims asserted in the Amended Complaint concerning USCIS's February 10, 2025 and April 4, 2025 decisions and its August 7, 2025 rejection of Plaintiff's administrative appeal, which have been superseded by USCIS's approval of Plaintiff's applications.

5. Each party shall bear its own attorney's fees, costs, and expenses.

6. The parties respectfully request that the Court enter the proposed order below and direct the Clerk to close the file.

IT IS SO STIPULATED.

Dated: September 2, 2026 LAW OFFICES OF MARLA SAMORA

/s/ Marla Isela Samora
Marla Isela Samora
Attorney for Plaintiff

Dated: September 2, 2026 CRAIG H. MISSAKIAN
United States Attorney

/s/ Tiffani Chiu
Tiffani Chiu
Assistant United States Attorney
Attorneys for Defendants

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

/s/ Marla Isela Samora
Marla Isela Samora

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice. Each party shall bear its own attorney's fees, costs, and expenses. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: _September 8, 2026

Hon. Thomas S. Hixson
United States Magistrate Judge